UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE:  CASE NO. 18-02672-HAC-13
Darrin Williams
Zandra Valandra Williams

# CHANGE OF PAYEE ADDRESS FILED BY CHAPTER 13 TRUSTEE

The Chapter 13 Trustee has received a change of payee address on behalf of the creditor in this case.

The previous address on Trustee claim #8, ECF Claim #7 per the Trustee's records was:

    Credit Central
    700 E NORTH ST, STE 15
    GREENVILLE, SC  29601

Pursuant to the attached document, the new address for payments on the claim is:

    Credit Central
    700 E. North Street
    Suite 15
    Greenville, SC  29601

Dated this 7th day of September, 2018.  /s/ Daniel B. O'Brien
                                                                                Daniel B. O'Brien
                                                                                CHAPTER 13 TRUSTEE