UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE:  CASE NO. 18-02672-HAC-13
Darrin Williams
Zandra Valandra Williams

# CHANGE OF PAYEE ADDRESS FILED BY CHAPTER 13 TRUSTEE

The Chapter 13 Trustee has received a change of payee address on behalf of the creditor in this case.

The previous address on Trustee claim #9, ECF Claim #8 per the Trustee's records was:

>   Credit Central
>   700 E NORTH ST, STE 15
>   GREENVILLE, SC  29601

Pursuant to the attached document, the new address for payments on the claim is:

>   Credit Central
>   700 E. North Street
>   Suite 15
>   Greenville, SC  29601

Dated this 7th day of September, 2018.

/s/  Daniel B. O'Brien
Daniel B. O'Brien
CHAPTER 13 TRUSTEE