IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| In re: | : | Case No. 18-02672-hac-13 |
| | : | |
| Darrin Williams | : | Judge Henry A. Callaway |
| Zandra Valandra Williams | : | |
| | : | Chapter 13 |
| Debtors | : | |
| | : | |

**Summary of Amendments to Chapter 13 Plan**

Now come the Debtors, by and through undersigned counsel, and files herein the following Summary of Amendments to the Chapter 13 Plan in this matter:

## (A) Amend Paragraph 5:

## Increase monthly § 1325(a) payment to Ally Financial to $134.00 /mo.

Wherefore, Debtors respectfully request that the Chapter 13 Plan as amended be confirmed.

Respectfully submitted,

/s/ Kevin M. Ryan
Ryan Legal Services, Inc.
209 N. Joachim Street
Mobile, AL 36603
Tel: 251-431-6012 / fax: 877-499-5130
Email: ryanlegalservices@gmail.com
Attorney for Debtors

# CERTIFICATE OF SERVICE

A copy of the foregoing was sent by email and by ordinary U.S. Mail where indicated, on January 14, 2019 to:

Daniel O'Brien
Chapter 13 Trustee
email: cperry@ch13mob.com

Paul J. Spina, III
Spina & Lavelle, P.C.
pspina@spinalavelle.com
Attorney for Ally Financial

Jamie Alisa Wilson
U.S. Attorney's Office
email: jamie.wilson@usdoj.gov

Ally Financial
200 Renaissance Ctr
Detroit, MI 48243     (3280436)
(cr)
Ally Financial
PO Box 130424
Roseville MN 55113-0004   (3282623)
(cr)
Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701     (3305616)
(cr)
Cavalry Portfolio Serv
Po Box 27288
Tempe, AZ 85285    (3280437)
(cr)
Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595  (3281445)
(cr)
Credit Central
27 Mayfield St
Monroeville, AL 36460     (3280438)
(cr)
Credit Central, LLC

700 E. North St, Suite 15
Greenville, SC 29601        (3295217)
(cr)
Credit One Bank Na
Po Box 98875
Las Vegas, NV 89193         (3280439)
(cr)
eCAST Settlement Corporation
PO Box 29262
New York NY 10087-9262      (3307809)
(cr)
Farmers Home Furniture
Po Box 1140
Dublin, GA 31040            (3280440)
(cr)
Farmers Home Furniture
Attn: Corp Credit
P.O. Box 1140
Dublin, GA 31040            (3282846)
(cr)
Farmers Home Furniture-Monroeville,AL
Attn: Corporate Credit Department
P.O. Box 1140
Dublin, GA 31040            (3282847)
(cr)
First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104       (3280441)
(cr)
Freedom Road Financial
10605 Double R Blvd
Reno, NV 89521              (3280442)
(cr)
FreedomRoad Financial c/o Capital Recovery Group
BIN 920016
PO Box 29426
Phoenix, AZ 85038-9426      (3284738)
(cr)
Frontier Communication
19 John St
Middletown, NY 10940        (3280443)
(cr)
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346

Philadelphia, PA 19101-7346 (3280444)
(cr)
J & J Furn
2996 Springhill Av
Mobile, AL 36607 (3280445)
(cr)
Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617 (3302069)
(cr)
Kohls/capone
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051 (3280446)
(cr)
LVNV Funding, LLC its successors and assigns as
assignee of MHC Receivables, LLC and
FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587 (3301589)
(cr)
Midland Funding
2365 Northside Dr Ste 30
San Diego, CA 92108 (3280447)
(cr)
Midland Funding, LLC
Midland Credit Management, Inc.
as agent for Midland Funding, LLC
PO Box 2011
Warren, MI 48090 (3297832)
(cr)
Monroe County Hospital
2016 S. Alabama Avenue
Monroeville, AL 36460 (3280448)
(cr)
Nwide Recvry
3000 Kellway Dr
Carrollton, TX 75006 (3280449)
(cr)
ONEMAIN
PO BOX 3251
EVANSVILLE, IN. 47731-3251 (3291357)
(cr)
Onemain
Po Box 1010

Evansville, IN 47706 (3280450)
(cr)
Portfolio Recov Assoc
120 Corporate Blvd Ste 100
Norfolk, VA 23502 (3280451)
(cr)
Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541 (3303636)
(cr)
Premier Bankcard, Llc
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud Mn 56302-9617 (3302017)
(cr)
Swiss Colony
1112 7th Ave
Monroe, WI 53566 (3280452)
(cr)
Syncb/belk
Po Box 965028
Orlando, FL 32896 (3280453)
(cr)
Syncb/jcp
Po Box 965007
Orlando, FL 32896 (3280454)
(cr)
Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541 (3305226)
(cr)
TD Bank USA, N.A.
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121 (3308098)
(cr)
Td Bank Usa/targetcred
Po Box 673
Minneapolis, MN 55440 (3280455)
(cr)
United States Attorney
950 Pennsylvania Ave., NW
Room 2242
Washington, DC 20530-0001 (3280456)

(cr)
United States Attorney General
63 Royal Street, #600
Mobile, AL 36602     (3280457)
(cr)
Verizon
by American InfoSource as agent
PO Box 248838
Oklahoma City, OK 73124-8838     (3304238)
(cr)
Webbank/fingerhut
6250 Ridgewood Rd
Saint Cloud, MN 56303     (3280458)
(cr)
World Finance Corp. c/o World Acceptance Corp.
Attn: Bankruptcy Processing Center
PO Box 6429
Greenville, SC 29606     (3304948)
(cr)
World Finance Corp. c/o World Acceptance Corp.
Attn: Bankruptcy Processing Center
PO Box 6429
Greenville, SC 29606     (3304947)
(cr)
World Finance Corporat
108 Frederick St
Greenville, SC 29607     (3280459)
(cr)
Wstshmrk
801 S Abe
San Angelo, TX 76903     (3280460)
(cr)

/s/ Kevin M. Ryan
Attorney for Debtor