# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF ALABAMA

| In re: | : | Case No. 18-02672-hac-13 |
|---|---|---|
| | : | |
| Darrin & Zandra Williams | : | Judge Henry A. Callaway |
| | : | |
| | : | Chapter 13 |
| Debtors | : | |
| | : | |

**Motion to Modify Confirmed Ch 13 Plan**

Now come the Debtors, by and through undersigned counsel, and respectfully move this Honorable Court pursuant to 11 U.S.C. Section 1329 for an Order to Amend the Confirmed Chapter 13 Plan as follows:

1. Par 1: lower Plan payment to $301.00 per month;

2. Par 5: delete One Main Financial

3. Par 10: add One Main Financial (2010 Hyundai Sonata): surrender

Under 11 U.S.C.S. §§ 1329 and 502(j), debtors could modify confirmed plan to surrender collateral and reclassify the remaining deficiency as an unsecured claim upon satisfaction of the requirements for modification. Evidentiary hearing was required to determine if modification was proposed in good faith. <u>In re Scarver</u> 555 B.R. 822 ( Ala. M.D. 2016)   In the present case, the Debtors' 2010 Hyundai Sonata has become inoperable.  The vehicle was pledged as security for a loan with One Main Financial.  The Debtors by this motion propose a post confirmation amendment to the plan to surrender the aforesaid vehicle and change the legal status of the claim of One Main to that of a general unsecured creditor.   It is submitted that the current

condition (inoperable) and age ( just under 10 years )  of the vehicle support the proposition that the aforementioned Plan modification is proposed in good faith.   Debtor Darrin Williams is disabled, and Debtor Zandra Williams is earning only $840.00 bi-weekly from her employment.  The Debtors will be consolidating to one (1) vehicle.

     WHEREFORE,  it is respectfully requested that this motion be granted, and Chapter 13 Plan be amended as stated herein.

Respectfully submitted,

/s/ Kevin M. Ryan  
Ryan Legal Services, Inc.  
209 N. Joachim Street, P.O. Box 2161  
Mobile, AL 36652  
Tel:  251-431-6012 / fax: 877-499-5130  
Email:  ryanlegalservices@gmail.com  
Attorney for Debtors

## **CERTIFICATE OF SERVICE**

      A copy of the foregoing was sent by email and by ordinary U.S. Mail where indicated, on October 12, 2019 to

Daniel O'Brien
Ch 13 Trustee
Email: cperry@ch13mob.com

Paul J. Spina, III
Spina & Lavelle, P.C.
1 Perimeter Park S
Suite 400N
Birmingham, AL 35243
Email: pspina@spinalavelle.com
Attorney for Ally Financial

Jamie Alisa Wilson
U.S. Attorney's Office
63 South Royal Street
Ste. 600
Mobile, AL 36602
Email: jamie.wilson@usdoj.gov
Attorney for IRS / USA

John C. Anderson
EXECUTIVE VICE PRESIDENT: One Main Holdings, Inc.
LEGAL, COMPLIANCE AND OPERATIONAL RISK
601 N.W. Second Street
Evansville, IN 47708

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701   (3305616)
(cr)
Cavalry Portfolio Serv
Po Box 27288
Tempe, AZ 85285              (3280437)
(cr)

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595        (3281445)
(cr)
Credit Central
27 Mayfield St
Monroeville, AL 36460    (3280438)
(cr)
Credit Central, LLC
700 E. North St, Suite 15
Greenville, SC 29601            (3295217)
(cr)
Credit One Bank Na
Po Box 98875
Las Vegas, NV 89193            (3280439)
(cr)
eCAST Settlement Corporation
PO Box 29262
New York NY 10087-9262                (3307809)
(cr)
Farmers Home Furniture
Po Box 1140
Dublin, GA 31040            (3280440)
(cr)
Farmers Home Furniture
Attn: Corp Credit
P.O. Box 1140
Dublin, GA 31040            (3282846)
(cr)
Farmers Home Furniture-Monroeville,AL
Attn: Corporate Credit Department
P.O. Box 1140
Dublin, GA 31040            (3282847)
(cr)
First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104            (3280441)
(cr)
Freedom Road Financial
10605 Double R Blvd
Reno, NV 89521   (3280442)
(cr)
FreedomRoad Financial c/o Capital Recovery Group
BIN 920016

PO Box 29426
Phoenix, AZ 85038-9426  (3284738)
(cr)
Frontier Communication
19 John St
Middletown, NY 10940   (3280443)
(cr)
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346        (3280444)
(cr)
J & J Furn
2996 Springhill Av
Mobile, AL 36607            (3280445)
(cr)
Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617         (3302069)
(cr)
Kohls/capone
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051         (3280446)
(cr)
LVNV Funding, LLC its successors and assigns as
assignee of MHC Receivables, LLC and
FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587         (3301589)
(cr)
Midland Funding
2365 Northside Dr Ste 30
San Diego, CA 92108         (3280447)
(cr)
Midland Funding, LLC
Midland Credit Management, Inc.
as agent for Midland Funding, LLC
PO Box 2011
Warren, MI 48090      (3297832)
(cr)
Monroe County Hospital
2016 S. Alabama Avenue
Monroeville, AL 36460   (3280448)

(cr)
Nwide Recvry
3000 Kellway Dr
Carrollton, TX 75006     (3280449)
(cr)
ONEMAIN
PO BOX 3251
EVANSVILLE, IN. 47731-3251   (3291357)
(cr)
Onemain
Po Box 1010
Evansville, IN 47706     (3280450)
(cr)
Portfolio Recov Assoc
120 Corporate Blvd Ste 100
Norfolk, VA 23502     (3280451)
(cr)
Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541     (3303636)
(cr)
Premier Bankcard, Llc
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud Mn 56302-9617     (3302017)
(cr)
Swiss Colony
1112 7th Ave
Monroe, WI 53566     (3280452)
(cr)
Syncb/belk
Po Box 965028
Orlando, FL 32896     (3280453)
(cr)
Syncb/jcp
Po Box 965007
Orlando, FL 32896     (3280454)
(cr)
Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541     (3305226)
(cr)
TD Bank USA, N.A.

C O WEINSTEIN & RILEY, PS

2001 WESTERN AVENUE, STE 400

SEATTLE, WA 98121    (3308098)

(cr)

Td Bank Usa/targetcred

Po Box 673

Minneapolis, MN 55440 (3280455)

(cr)

United States Attorney

950 Pennsylvania Ave., NW

Room 2242

Washington, DC 20530-0001          (3280456)

(cr)

United States Attorney General

63 Royal Street, #600

Mobile, AL 36602           (3280457)

(cr)

Verizon

by American InfoSource as agent

PO Box 248838

Oklahoma City, OK 73124-8838        (3304238)

(cr)

Webbank/fingerhut

6250 Ridgewood Rd

Saint Cloud, MN 56303  (3280458)

(cr)

World Finance Corp. c/o World Acceptance Corp.

Attn: Bankruptcy Processing Center

PO Box 6429

Greenville, SC 29606          (3304948)

(cr)

World Finance Corp. c/o World Acceptance Corp.

Attn: Bankruptcy Processing Center

PO Box 6429

Greenville, SC 29606          (3304947)

(cr)

World Finance Corporation

108 Frederick St

Greenville, SC 29607          (3280459)

(cr)

Wstshmrk

801 S Abe

San Angelo, TX 76903          (3280460)

(cr)

/s/ Kevin M. Ryan
Attorney for Debtors