UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE: CASE NO. 18-02672-HAC-13
Darrin Williams
Zandra Valandra Williams

## CHANGE OF PAYEE ADDRESS FILED BY CHAPTER 13 TRUSTEE

The Chapter 13 Trustee has received a change of payee address on behalf of the creditor in this case.

The previous address on Trustee claim #3 & #10003, ECF Claim #6 per the Trustee's records was:

ONEMAIN FINANCIAL, INC.
P.O. BOX 70912
CHARLOTTE, NC 28272-0912

Pursuant to the attached document, the new address for payments on the claim is:

OneMain Financial Group LLC
P. O. Box 3251
Evansville, IN 47731-3251

Dated this 7th day of January, 2020.　　　　　　　　　　/s/ Daniel B. O'Brien
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Daniel B. O'Brien
　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER 13 TRUSTEE